**IN THE SUPREME COURT OF PENNSYLVANIA**
**MIDDLE DISTRICT**

COMMONWEALTH OF PENNSYLVANIA, : No. 500 MAL 2018
:
Respondent :
:
: Petition for Allowance of Appeal from
: the Order of the Superior Court
v. :
:
:
RYAN STANFORD LEE, :
:
Petitioner :

## ORDER

**PER CURIAM**

    **AND NOW**, this 3rd day of December, 2018, the Petition for Allowance of Appeal is **DENIED**.